*EXHIBIT 058*

c:\documents and settings\rgcoker\local settings\temp\78557479.tif printed by mivap. (Page 1 of 2)

Scanned by HUMBIRD, DELLA D in facility POLUNSKY (formerly TERRELL) on 03/08/2007 07:21E

## INTAKE HISTORY AND HEALTH SCREENING

### I. IDENTIFICATION

NAME: Guidry, Howard   OCCUPATION: Student   EDUCATION: Some College

DOB: [redacted]   COUNTY: Harris   PREVIOUS TDCJ #(s): N/A

### II. FAMILY HISTORY

| # | Condition | Yes/No | # | Condition | Yes/No |
|---|---|---|---|---|---|
| 1 | Blood disease (sickle cell anemia, hemophilia) | NO | 18 | INH Prophylaxis | NO |
| 2 | Cancer maternal aunt/father | YES | 19 | Intravenous Drug Abuse | NO |
| 3 | Diabetes maternal grandmother | YES | 20 | Kidney Disease | NO |
| 4 | Heart Disease | NO | 21 | Liver Disease | NO |
| 5 | High Blood Pressure maternal grandmother | YES | 22 | Mental Illness | NO |
| 6 | Tuberculosis | NO | 23 | Non Intravenous Drug Abuse/Alcoholism | NO |

### III. PERSONAL HISTORY

| # | Condition | Yes/No | # | Condition | Yes/No |
|---|---|---|---|---|---|
| | | | 24 | Peptic Ulcers | NO |
| 1 | Asthma/Emphysema as child/younger | YES | 25 | Rheumatic Fever | NO |
| 2 | Back Injury | NO | 26 | Rheumatism/Arthritis | NO |
| 3 | Blood Disease (sickle cell anemia, hemophilia) | NO | 27 | Seasonal Allergies | NO |
| 4 | Cancer | NO | 28 | Sexually Transmitted Diseases | NO |
| 5 | Cavities | NO | 29 | Smoker | NO |
| 6 | Depression/Suicide Attempt | NO | 30 | Tetanus Immunization Date about 1 yr | YES |
| 7 | Diabetes | NO | 31 | Tuberculosis | NO |
| 8 | Drug/Food Allergies | NO | 32 | Unprotected Sex w/Multiple Partners | YES |
| 9 | Epilepsy/Seizures | NO | 33 | Other: | |
| 10 | Glasses/Hearing Aid | YES | | IV. OBSTETRIC/GYNECOLOGICAL HX | N/A |
| 11 | Gum disease | NO | 1 | Date of last menstrual period: | |
| 12 | Head Injury | YES | 2 | Number of pregnancies/live births: | |
| 13 | Heart Disease/Angina | NO | 3 | History of Problem pregnancy: | |
| 14 | Hepatitis | NO | 4 | Date of last pap smear: | |
| 15 | High Blood Pressure | YES | 5 | Date of last mammogram: | |
| 16 | HIV+ / AIDS | NO | 6 | History of birth control methods (IUD, pills, etc.) | |

Prior HIV Test Date: May 2006
17. Homosexual/Bisexual Activities   NO

A. If YES to any of the above indicate family member or self, give date and treatment received: #2 1987 + 2001 #5 1990 #5 1980

B. History of hospitalization? YES   NO
Please list the DATE, HOSPITAL, CONDITION: 76-85 In + out for asthma

C. Do you have any current medical, mental health or dental complaints? YES  NO
If yes, what: _____

D. Have you experienced any of these symptoms: cough, weakness, weight loss, fevers, night sweats, loss of appetite or lethargy?
YES  NO   If YES, when? _____

E. What illegal drugs have you used? marijuana, cocaine
What was the mode(s) of use? (Please circle) Smoking   Injection   Inhaled   Ingested
What amount and how often did you use drugs and alcohol? 2x/week
When was the last time you used drugs or alcohol? 1995
Have you ever had withdrawal or seizures when you stopped using drugs or alcohol? YES   NO

F. Are you presently taking or supposed to be taking any prescribed medications? YES   NO
If YES, what: atenolol 50mg
Reason for taking medications: hypertension

G. Observations:    Tremor       YES NO      Sweating    YES NO    Other: NA
   Condition of skin: Cuts         YES NO      Bruises     YES NO
                     Sores        YES NO      Other: NA
   Body & Movement:  Deformities  YES NO      Impaired Motor Activity YES NO

HSM-13 (6/06)                                                                                   1

GUIDRY EX. 058
Guidry v. Thaler
4:12-mc-00441

000153

c:\documents and settings\rgcoker\local settings\temp\78557479.tif printed by mivap. (Page 2 of 2)

Scanned by HUMBIRD, DELLA D in facility POLUNSKY (formerly TERRELL) on 03/08/2007 07:21

**H. BEHAVIOR AND MENTAL STATUS**
Hygiene & Appearance: [✓] Clean, neat   [ ] Dirty, sloppy   [ ] Other: _____
Orientation (ask questions and document response):
 What is today's date? 3-2
 What time is it?
 What place is this? Polunsky
Speech: [✓] Normal   [ ] Loud   [ ] Soft   [ ] Mumbling   [ ] Other: _____
Attitude: [✓] Appropriate   [ ] Laughing   [ ] Crying   [ ] Cursing   [ ] Quiet   [ ] Other: _____

**I. THOUGHT CONTENT (Please circle YES or NO)**
Are you having current thoughts about suicide or self-injury?   YES   NO
Do you see or hear things that others do not see or hear?   YES   NO
Do you have any special powers abilities?   YES   NO
Do you receive personal messages from the TV or radio?   YES   NO
Do you have any phobias or excessive fears?   YES   NO

**J. DISPOSITION**
Routine referral to:   [✓] Medical   [✓] Mental Health   [✓] Dental   [✓] CID
Immediate referral to:   [ ] Medical   [ ] Mental Health   [ ] Dental   [ ] CID
Release to general population:   [✓] NO   [ ] YES   Other: death row

Offender Signature: _____   Date: 3/2/2007

Reviewer Signature: S. Lumyla    Date: 3/2/2007

HSM-13 (6/06)

2

000154