United States District Court
Southern District of Texas
**ENTERED**
October 15, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HOWARD PAUL GUIDRY, § | |
| § | |
| Petitioner, § | |
| VS. § | CIVIL ACTION NO. 4:13-CV-1885 |
| § | |
| WILLIAM STEPHENS, *et al*, § | |
| § | |
| Respondents. § | |

<u>ORDER</u>

**IT IS HEREBY ORDERED** that Petitioner's Motion to ~~Life~~ Lift Stay **(Instrument No. 52)** is **GRANTED**.

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the ___15th___ day of October, 2018, at Houston, Texas.

_____
**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**